IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. McCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

    Defendants.

---

### ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to the hearing held today, it is

ORDERED that the scheduling conference held today is continued to November 4, 2005, at 3:30 p.m., Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

Dated: September 9, 2005

BY THE COURT:

/s/ Richard P. Matsch
Richard P. Matsch, Senior District Judge