IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. McCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/
M.V. Wentz, Secretary


    Plainitff's proposed discovery schedule (Doc. #36); the proposed discovery schedules filed by Defendants Thomas, ERT and Wilbur (Doc. #39, #41); Defendant Glaser's motion to stay discovery (Doc. #43); and Defendant Hayden's objection to the proposed discovery schedule (Doc. # 44) have been set for hearing at **2:00 p.m. on February 15, 2006,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Streets, Denver, Colorado.


Dated:  January 12, 2006