IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. McCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

       Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW
_____

The motion to withdraw filed by John S. Lutz of Fairfield and Woods, P.C., and Todd R. Seelman of Grimshaw & Harring as counsel for defendants Roland M. Thomas and ERT Technology Corporation, came on for hearing today as noticed. Mr. Seelman and Mr. Lutz appeared in support of the motion, Lee Robinson appeared for the Securities and Exchange Commission and Richard L. Corbetta appeared on behalf of Sealife Corporation and Robert E. McCaslin. A letter from defendant Roland M. Thomas, explaining his inability to be present because he is now resident in the United Kingdom where he is receiving medical treatment was read into the record. Mr. Thomas confirmed in his letter the statements of counsel in their motion to withdraw. It is now

ORDERED that the motion to withdraw is granted and Mr. Seelman and Mr. Lutz and the lawyers in their respective firms are excused from further representation of the defendants Roland M. Thomas and ERT Technology Corporation in this matter. It is

FURTHER ORDERED that the defendant ERT Technology Corporation shall have 30 days within which to obtain the entry of appearance of its counsel, failing in which its pleadings will be stricken and the corporation will be declared in default.

Dated: June 15, 2006

                                                       BY THE COURT:

                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE

      I certify that on June 16, 2006, a copy of the foregoing Order Granting Motion to Withdraw was mailed via U.S. Mail to the following:

Roland M. Thomas
c/o 230 Dyke Road
Brighton, BNI 5AE, UK

Roland M. Thomas
7909 Autumn Gate Avenue
Las Vegas, Nevada 89131

ERT Technology Corporation
7909 Autumn Gate Avenue
Las Vegas, Nevada 89131

                              GREGORY C. LANGHAM, Clerk

                                  s/M.V. Wentz

                            By_____
                                  Deputy