IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2006

GREGORY C. L M
CLERK

Civil Action No. 05-cv-622-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. MCCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

    Defendants.

## ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCEDULING ORDER TO EXTEND DISCOVERY DATES

After careful consideration of plaintiff's Motion to Amend Scheduling Order to Extend Discovery Dates, a review of the court file, and for good cause shown,

IT IS HEREBY ORDERED THAT the Scheduling Order filed March 14, 2006 shall be amended as follows:

1.     Paragraph 6b of the Scheduling Order is amended so that the discovery cut-off date (including expert discovery) is October 31, 2006.

2.     Paragraph 6c of the Scheduling Order is amended so that the dispositive motion deadline is November 20, 2006.

3.  Paragraph 6d(3) of the Scheduling Order is amended so that expert reports are due August 31, 2006.

4.  Paragraph 6d(4) of the Scheduling Order is amended so that the parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 29, 2006.

5.  Paragraphs 6f, 6g, and 6h of the Scheduling Order are amended so that interrogatories, request for production of documents, and request for admissions are due to be served on parties by September 29, 2006, with responses due 30 days after service.

DATED: July 18th, 2006

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

5