IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-622-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. MCCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 2006

GREGORY C. ___

---

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PLEADINGS
AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT ERT TECHNOLOGY
CORPORATION**

---

After careful consideration of plaintiff's motion to strike pleadings and for entry of default against Defendant ERT Technology Corporation ("ERT"), a review of the court file, and for good cause shown,

IT IS HEREBY ORDERED THAT plaintiff's motion is GRANTED. ERT's pleadings in this matter are hereby stricken and ERT is declared to be in default.

DATED: August 1st, 2006

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE

I certify that on August 2, 2006, a copy of the foregoing Order Granting Plaintiff's Motion to Strike Pleadings and for Entry of Default against Defendant ERT Technology Corporation was mailed via U.S. Mail to the following:

Roland M. Thomas
c/o 230 Dyke Road
Brighton, BNI 5AE, UK

Ronald M. Thomas
7909 Autumn Gate Avenue
Las Vegas, Nevada 89131

ERT Technology Corporation
7909 Autumn Gate Avenue
Las Vegas, Nevada 89131

GREGORY C. LANGHAM, Clerk

s/L.A. Martin

By_____
      Deputy