IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-622 RPM

SECURTIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. MCCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2006

GREGORY

---

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DATES

This Court having reviewed the Motion to Amend Scheduling Order, and being fully advised, hereby Orders that the Scheduling Order filled March 14, 2006 and amended by Court order on July 18, 2006 shall be amended as follows:

1. Paragraph 6b of the Scheduling Order is amended so that, with respect to Defendants Robert McCaslin and SeaLife Corporation and Plaintiff Securities and Exchange Commission, the discovery cut-off date (including expert discovery) is November 30, 2006.

2.       Paragraph 6d(4) of the Scheduling Order is amended so that Defendants Robert McCaslin and SeaLife Corporation shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 31, 2006.

3.       Paragraphs 6f, 6g, and 6h of the Scheduling Order are amended so that interrogatories, request for production of documents, and request for admissions, if any, to be served by Defendants Robert McCaslin and SeaLife Corporation on Plaintiff Securities and Exchange Commission or to be served by Plaintiff Securities and Exchange Commission on Defendants Robert McCaslin and SeaLife Corporation shall be served on or before October 31, 2006 with responses due 30 days after service.

4.       All other deadlines in the Scheduling Order shall remain unchanged.

DATED: *10-18*, 2006.

_____
Honorable Richard P. Matsch
U.S. District Court Judge
District of Colorado