**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. MCCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,
MORGAN J. WILBUR III,

        Defendants.

---

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DATES

---

After careful consideration of plaintiff's Second Motion to Amend Scheduling Order to Extend Discovery Dates, a review of the court file, and for good cause shown,

IT IS HEREBY ORDERED THAT the Scheduling Order filed March 14, 2006, as amended, shall be further amended as follows:

1.    Paragraph 6b of the Scheduling Order is amended so that the discovery cut-off date for all parties (including expert discovery) is December 31, 2006.

2.    Paragraph 6c of the Scheduling Order is amended so that the dispositive motion deadline is January 31, 2007.

2

3. All other deadlines in the Scheduling Order shall remain unchanged.

DATED: _October 24th , 2006

>BY THE COURT:
>
>s/Richard P. Matsch
>
>_____
>Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

aorenberg@orenberglaw.com

jim@jlkopecky.com

mapelman@comcast.net

rich@co-legal.com

ral@robertalees.com

kimmell01@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants by U.S. Mail postage prepaid:

Douglas A. Glaser, pro se
Denver County Jail
P.O. Box 1108
Denver, CO  80201

and I certify that I have served a copy of the document via e-mail independent of the CM/ECF system to the

following:

Roland Thomas, pro se
jart351.armin@virgin.net

      s/Thomas J. Krysa
      Thomas J. Krysa, Esq.
      Attorney for Plaintiff
      Securities and Exchange Commission
      1801 California Street, Suite 1500
      Denver, CO  80202
      Switchboard    (303) 844-1000
      Fax    (303) 844-1068
      krysat@sec.gov