IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

In the Matter of ROLAND MALCOM THOMAS's *Pro Se* Registration for Electronic Case Filing User Rights

**ORDER**

This matter has come to the attention of the Court on Roland Malcom Thomas's *Pro Se* Registration for Electronic Case Filing User Rights. On December 20, 2006, the Court approved Mr. Thomas' request for filing and notice rights subject to agreement to "abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system." The Court has received multiple undeliverable notices of electronic filing for the electronic mail addresses Mr. Thomas designated in his Registration. Mr. Thomas has not maintained a valid electronic mail address pursuant to Section IV.E. of the Electronic Case Filing Procedures of the District of Colorado (Civil).

ORDERED that Roland Malcom Thomas' electronic filing rights shall be revoked. Mr. Thomas shall receive all notice by conventional mail from this date forward and should file all documents conventionally. A copy of this order shall be filed in case 05-cv-00622-RPM to which Mr. Thomas is a party.

DATED at Denver, Colorado this 22 day of June, 2007.

BY THE COURT:

Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge