IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-00622-RPM-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. MCCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN, and
MORGAN J. WILBUR III,

    Defendants.

---

ORDER GRANTING MOTION OF MARK APELMAN TO WITHDRAW AS ATTORNEY
FOR DEFENDANT JEFFREY A. HAYDEN

---

On April 16, 2007, attorney Mark Apelman moved to withdraw as counsel for defendant Jeffrey A. Hayden. Proper notice of Mr. Apelman's motion was provided to defendant Hayden pursuant to D.C.COLO.LCivR 83.3(D). On April 19, 2007, attorney Allen Howard Orenberg entered his appearance on behalf of defendant Hayden. Accordingly, it is

ORDERED that the motion to withdraw [doc. 106] is granted. Mark Apelman is permitted to withdraw as counsel for defendant Jeffrey A. Hayden.

Dated: July 31, 2007

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge