IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SEALIFE CORPORATION,
ROBERT E. McCASLIN,
ROLAND M. THOMAS,
ERT TECHNOLOGY CORPORATION,
DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN, and
MORGAN J. WILBUR III,

        Defendants.
_____

ORDER VACATING SCHEDULING ORDER, DENYING DISCOVERY MOTIONS AND
SETTING NEW DISCOVERY CONFERENCE
_____

        The remaining defendants in this civil action are SeaLife Corporation, Robert E. McCaslin, Douglas A. Glaser, Barry S. Griffin, and Jeffrey A. Hayden.  The scheduling order entered on March 14, 2006 (Doc. #52) was amended on the plaintiff's motion by order on July 18, 2006, (Doc. #66) and again on motion of defendants SeaLife Corporation and Robert McCaslin by order of October 18, 2006, (Doc. #78).  The plaintiff's second motion to amend it was granted on October 24, 2006, (Doc. #85).  SeaLife and McCaslin changed counsel in November, 2006.  Counsel for Douglas

Glaser and Jeffrey Hayden have withdrawn. Allen Orenberg entered his appearance for Hayden on April 19, 2007. Barry Griffin is represented by Robert E. Lees. Douglas Glaser is *pro se* and his last address of record is the Denver County Jail.

The following motions are pending:

> SEC's third motion to amend the scheduling order and revised third motion to amend the scheduling order (Docs. #93 and 99);
>
> Motion of defendants SeaLife Corporation and Robert McCaslin to amend the scheduling order (Doc. #94);
>
> SEC's motion for protective order regarding written discovery of defendants' SeaLife and McCaslin (Doc. #99);
>
> SEC's motion for leave to take depositions (Doc. #107) and
>
> SEC's motion to compel defendants SeaLife and McCaslin to respond to plaintiff's interrogatories (Doc. #109).

Upon reflection, it appears that the existing scheduling order is no longer viable and that a new scheduling conference should be convened to regulate the discovery that may be necessary to bring this civil action to trial. It is now

ORDERED, that the existing scheduling order as amended is vacated and it is

FURTHER ORDERED, that the foregoing motions are denied, and it is

FURTHER ORDERED that a new scheduling conference will be convened on **September 21, 2007, at 2:00 p.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed

to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **September 13, 2007.**

Dated: August 7th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

## CERTIFICATE OF SERVICE

      I certify that on August 7, 2007, a copy of the foregoing Order was mailed via U.S. Mail to the following:

Douglas A. Glaser
#1460118
Denver County Jail (DCJ)
P. O. Box 1108
Denver, CO 80201

                                          GREGORY C. LANGHAM, Clerk

                                                   s/M.V. Wentz

                                    By_____
                                                    Deputy