**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             October 19, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,                      Thomas J. Krysa

     Plaintiff,

v.

SEALIFE CORPORATION,                                     David H. Wollins
ROBERT E. MCCASLINS,                                     John Wallace
DOUGLAS A. GLASER,                                       No appearance
BARRY S. GRIFFIN, and                                    No appearance
JEFFREY A. HAYDEN,                                       Allen H. Orenberg.

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference and Motions Hearing**

**2:32 p.m.    Court in session.**

Defendant Hayden present.

Mr. Kysa states Mr. Lees is not present because of a pending settlement between defendant Griffin and the SCC.

2:34 p.m.    Mr. Orenberg states defendant Hayden is relying on the Fifth Amendment and takes no position with respect to the pending motion.

2:38 p.m.    Argument by Mr. Kyrsa.
2:44 p.m.    Argument by Mr. Wallace.
2:58 p.m.    Rebuttal argument by Mr. Kyrsa.

**ORDERED:    Motion by Defendants Sea Life Corporation and Robert E. McCaslin to (1) Sever Claims for Relief Against Them and (2) Transfer Those Claims to the United States District Court for the Central District of California (Western Division) Based on Prejudice and Inconvenient Forum [FRCP 21; 28 U.S.C. 1404], filed September 14, 2007 [Doc. 118], is granted.**

October 19, 2007
05-cv-00622-RPM

**ORDERED:** **Motion by Defendants Sea Life Corporation and Robert E. McCaslin for (1) Oral Argument of Motion to Sever [ETC]; (2) Hearing on Motion to Sever [ETC] be Calendared at the Same Time as the Scheduling Conference; and (3) Leave for Los Angeles Counsel to Appear Telephonically, filed September 18, 2007 [119] is granted in part by the setting of this hearing pursuant to the September 19, 2007 Minute Order [120] and denied with respect to (3) Leave for Los Angeles Counsel to Appear Telephonically.**

**ORDERED:** **John B. Wallace added as counsel for defendant Sea Life Corporation Rosen & Associates, P.C. , 300 South Grand Avenue #2700 Los Angeles, CA 90071, 213-362-1000.**

**ORDERED:** **Plaintiff status report shall be filed on or before December 18, 2007.**

**3:04 p.m.** **Court in recess.**

Hearing concluded. Total time: 32 min.