IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,
BARRY S. GRIFFIN, and
JEFFREY A. HAYDEN,

        Defendants.

_____

ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE
_____

        Upon consideration of Defendant Douglas A. Glaser's Motion for Extension of Time to

File Response to this Court's Order to Show Cause entered on October 20, 2008, it is

        ORDERED that the motion is granted to and including December 1, 2008. It is

        FURTHER ORDERED that the Clerk shall mail a copy of this order to Defendant

Douglas A. Glaser at 12519 Washington Lane, A2, Englewood, CO 80112.

        Dated: November 6th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge