IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,
BARRY S. GRIFFIN, and
JEFFREY A. HAYDEN,

        Defendants.

_____

ORDER FOR STATUS REPORT
_____

On October 17, 2008, a status conference was held in this matter as to the remaining three defendants after transfer of the claims against Sealife Corporation and Robert E. McCaslin to the United States District Court for the Central District of California. The only appearance was Mr. Christopher Friedman on behalf of the Securities and Exchange Commission. Mr. Friedman advised that there were proposed settlement agreements awaiting approval from the Commission as to Defendants Barry S. Griffin and Jeffrey A. Hayden.

On October 31, 2008, Defendant Douglas A. Glaser moved for an extension of time to respond to this Court's Order to Show Cause of October 20, 2008, which order was granted. On December 1, 2008, Douglas A. Glaser, *pro se*, requested a new settlement conference.

There having been no other matters filed an no settlement having been submitted as to the defendants Griffin and Hayden, it is now

ORDERED that on or before June 22, 2009, the plaintiff will file a status report with the court advising of the status of this matter.

Dated: May 27th, 2009

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge