IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,

        Defendant.

_____

ORDER SETTING STATUS CONFERENCE
_____

Upon consideration of Plaintiff Securities and Exchange Commission's Status Report and Request for Status Conference [141], filed on June 22, 2009, it is

ORDERED that a status conference is set for **July 10, 2009, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: June 23rd, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

       I hereby certify that on this 23rd day of June, 2009, a copy of the foregoing order was mailed to the following:

Douglas A. Glaser
601 South Washington Street, #607
Seattle, WA 98104

Douglas A. Glaser
12519 Washington Lane, A2
Englewood, CO 80112

                                   GREGORY C. LANGHAM, Clerk


                                   By_____
                                           Deputy