IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,
BARRY S. GRIFFIN,
JEFFREY A. HAYDEN,

        Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz,
  Secretary

     Defendant Glaser's Motion for Change of Status Conference is granted.  The conference set for July 10, 2009, is vacated and the conference is **rescheduled** for **July 15, 2009, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:  July 8, 2009

--------------------------------------------------------------------------------------------------------------------
I hereby certify that on this 8th day of July, 2009, a copy of this Minute Order was mailed to the following:

Douglas A. Glaser
601 South Washington Street, #607
Seattle, WA 98104

Douglas A. Glaser
12519 Washington Lane, A2
Englewood, CO 80112

                                                  s/M. V. Wentz
                                                  _____
                                                         Secretary