IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the status conference held on July 15, 2009, it is

      ORDERED that a pretrial conference is scheduled for **September 25, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The parties are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on September 17, 2009.**  The conference is conducted with <u>lead counsel present in person</u>.

      Dated: July 16, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

       I hereby certify that on this 23rd day of June, 2009, a copy of the foregoing order was mailed to the following:

Douglas A. Glaser
601 South Washington Street, #607
Seattle, WA 98104

Douglas A. Glaser
12519 Washington Lane, A2
Englewood, CO 80112

                              GREGORY C. LANGHAM, Clerk

                                  s/MV Wentz
                        By_____
                                    Deputy