IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DOUGLAS A. GLASER,

        Defendant.

_____

ORDER DENYING MOTION FOR SUMMARY JUDGMENT
_____

    Upon consideration of defendant's Motion for Summary Judgment [154], filed on September 14, 2009, it is

    ORDERED that the motion is denied.  The pretrial conference set for September 25, 2009, will proceed as scheduled.

    Dated: September 18th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I hereby certify that on this 18th day of September, 2009, a copy of the foregoing order was mailed to the following:

Douglas A. Glaser
601 South Washington Street, #607
Seattle, WA 98104

Douglas A. Glaser
12519 Washington Lane, A2
Englewood, CO 80112

Douglas A. Glaser
1545 Olive Street
Denver, CO 80220

GREGORY C. LANGHAM, Clerk

By_____
3rd                    Deputy