IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00622-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DOUGLAS A. GLASER,

    Defendant.

_____

ORDER DECLARING DEFAULT
_____

    The defendant Douglas A. Glaser having failed to respond to this Court's Order to Show Cause, issued June 30, 2010, requiring a response on or before July 12, 2010, it is now

    ORDERED that the answer filed by the defendant Douglas A. Glaser is stricken and the defendant Douglas A. Glaser is declared in default.

    Dated: July 16th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge